IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN AARON VANDERBURG                                            PLAINTIFF

VERSUS                                 CIVIL ACTION NO. 1:05cv303LG-JMR

HARRISON COUNTY SHERIFF'S DEPARTMENT, ET AL.          DEFENDANTS

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate Judge John M. Roper [4-1] entered in this cause on May 25, 2006.  The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed pursuant to FED. R. CIV. P. 41(b) and FED. R. CIV. P. 4(m).   Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 22th day of August, 2006.

                                                          s/ *Louis Guirola, Jr.*
                                                          LOUIS GUIROLA, JR.
                                                          UNITED STATES DISTRICT JUDGE